O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR11-801-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| ARTASHES BARSEGYAN, ) | |
| Defendant. ) | |
| _____ ) | |

On February 26, 2015, April 15, 2015 and May 5, 2015, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on December 23, 2014 and February 20, 2015.  Government counsel, Michael Azat, the defendant and his retained counsel, George Mgdesyan, were present.  The U.S. Probation Officer, Anuja Gregg, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petitions filed on December 23, 2014 and February 20, 2015.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on February 6, 2012.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked and reinstated for an additional twelve (12) months, totaling eighteen (18) months of supervised release.  Defendant's eighteen (18) month supervised

release shall be under the same terms and conditions previously imposed, with the added condition, as follows:

- Defendant shall reside at and participate in an inpatient Residential Treatment Program for the first six (6) months.  Thereafter, defendant shall participate for a period of six (6) months in an outpatient Residential Treatment Program.  The defendant shall comply with the rules and regulations of the Residential Treatment Program.

If defendant successfully completes the Residential Treatment Program, the parties may return to Court to request early termination.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     May 6, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By:___/S/_____
   Catherine M. Jeang,  Deputy Clerk