O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR11-801-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ) | SUPERVISED RELEASE AND |
| ARTASHES BARSEGYAN, ) | JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On January 5, 2017, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on June 23, 2015 and June 18, 2016. Government counsel, Scott Lara, the defendant and his retained counsel, George Mgdesyan, were present. The U.S. Probation Officer, Anuja Gregg, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petitions filed on June 23, 2015 and June 18, 2016.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on February 9, 2012 and May 6, 2015.

IT IS HEREBY ORDERED that defendant's supervised release is revoked, and defendant is committed to the custody of the Bureau of Prisons for period of TWELVE (12) MONTHS AND ONE (1) DAY, with no supervised release to follow.

///

1    IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the
2 United States Marshal or other qualified officer and that said copy shall serve as the
3 commitment of defendant.

5 FILE/DATED:    January 6, 2017

                                     _____
                                     CHRISTINA A. SNYDER
                                     UNITED STATES DISTRICT JUDGE

                                     KIRY K. GRAY
                                     CLERK OF COURT


                                     By: ___/S/_____
                                        Connie Lee, Deputy Clerk